**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUIS RAMIREZ-RODRIGUEZ, | No. 07-70059 |
| Petitioner, | Agency No. A092-121-423 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Luis Ramirez-Rodriguez, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") removal order.  We have jurisdiction pursuant to

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

IH/Research

8 U.S.C. § 1252.  We review de novo questions of law, *Morales-Alegria  v. Gonzales*, 449 F.3d 1051, 1053 (9th Cir. 2006), and due process claims, *Sanchez-Cruz v. INS*, 255 F.3d 775, 779 (9th Cir. 2001).  We deny in part and dismiss in part the petition for review.

Ramirez-Rodriguez's contention that a conviction under Cal. Penal Code § 422 does not categorically constitute a crime of violence is foreclosed by *Rosales-Rosales v. Ashcroft*, 347 F.3d 714, 717 (9th Cir. 2003).

Ramirez-Rodriguez's contention that the IJ violated his due process rights by refusing to continue his immigration proceedings fails because he did not establish good cause for a continuance.  *See* 8 C.F.R. § 1003.29; *Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error for a due process violation).

We lack jurisdiction to consider Ramirez-Rodriguez's remaining contentions because he failed to exhaust them before the agency.  *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**